UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER MCSWAIN,
        Plaintiff,

    v.                                                             Case No. 08-C-157

BELINDA SCHRUBBE, et al.,
        Defendants.

**ORDER**

Plaintiff McSwain, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated by the Defendants' deliberate indifference to his foot pain. Since filing the complaint, he has filed a spate of motions and other papers. Notwithstanding these filings, he alleges the warden has been obstructing his efforts to file papers in this court and he seeks an order requiring the warden to extend him a legal loan in excess of the $200 annual limit. *See* Wis. Admin. Code § DOC 309.51. This court will decline to enter such an order. It is doubtful that this court has the authority to do so, but even if it had the authority there is no constitutional right to have one's lawsuit against the state subsidized by the taxpayers. Individuals *outside* of prison certainly do not receive even a $200 "loan" for their litigation, and there is no reason those convicted of felonies should be entitled to receive better treatment.

The motion for an order to extend the legal loan limit is **DENIED**. Plaintiff must respond to the Defendants' motion for summary judgment by January 30, 2009.

**SO ORDERED** this   23rd   day of December, 2008.

                                                              s/ William C. Griesbach
                                                               William C. Griesbach
                                                               United States District Judge