UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER MCSWAIN,

    Plaintiff,

v.                                               Case No. 08-C-157

BELINDA SCHRUBBE, et al.,

    Defendants.

**ORDER**

    Plaintiff McSwain moves to have a court order directing that the initial partial filing fee of $2.12 be removed from his release account. It appears from his trust account statement that almost all of his funds are "taxed" by deductions for filing fees and that the $2.12 may not be available at the time this filing fee is due. Accordingly, I will grant the Plaintiff's motion that the initial partial filing fee may be deducted from his release account. *Doty v. Doyle,* 182 F.Supp.2d 750 (E.D.Wis. 2002). The filing fee will be due within 21 days of the date of this order.

    Dated this    4th    day of May, 2009.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge